UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Jose Flores | Case No. 2:14-cv-13905-GAD-PJK |
| Plaintiff, | |
| | Judge: Gershwin A. Drain |
| v. | |
| | Magistrate Judge: Paul J. Komives |
| Asset Acceptance, LLC | |
| Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs. The Court will retain jurisdiction over this matter to enforce payment under the parties' settlement agreement.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By: /s/ David M. Menditto
David M. Menditto
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Telephone:  312-380-6110
Email: davidm@fairdebt411.com
Illinois Bar No. 6216541
*Attorney for Plaintiff*
Date: April 1, 2015

Dykema Gossett, PLLC

By: /s/ Theodore W. Seitz
Theodore W. Seitz
201 Townsend Street, Suite 900
Lansing, MI 48993
Telephone: 312-704-3198
Email: tseitz@dykema.com
Michigan Bar No. P60320
*Attorney for Defendant*
Date: April 1, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2015, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Theodore W. Seitz
Dykema Gossett, PLLC
201 Townsend Street, Suite 900
Lansing, MI   48933

Counsel for:
Asset Acceptance, LLC

/s/ David M. Menditto