UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| Jose Flores | Case No. 2:14-cv-13905-GAD-PJK |
|---|---|
| Plaintiff, | Judge: Gershwin A. Drain |
| v. | Magistrate Judge: Paul J. Komives |
| Asset Acceptance, LLC | |
| Defendant. | |

## **ORDER**

This matter having come before the Court on the Stipulation of Dismissal with Prejudice submitted by the parties;

IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed with prejudice, with each party to bear its own costs and fees. The Court will retain jurisdiction over this matter to enforce payment under the parties' settlement agreement.

DATE: April 1, 2015         /s/Gershwin A Drain
                            GERSHWIN A. DRAIN
                            United States District Judge